**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  QRS Recycling of Georgia, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  80-0785278

4. **Debtor's address**

   **Principal place of business**
   120 Hollow Tree Lane
   Atlanta, GA 30354

   Fulton County
   County

   **Mailing address, if different from principal place of business**

   **Location of principal assets, if different from principal place of business**

5. **Debtor's website** (URL)  www.qrsrecycling.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  QRS Recycling of Georgia, LLC                              Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
         District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                    MM / DD / YYYY
         Case number, if known _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor    QRS Recycling of Georgia, LLC      Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>**Where is the property?**<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☒ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000     ☒ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor   QRS Recycling of Georgia, LLC
_____
Name

Case number (if known)_____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5  20  2016
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Gregory L. Janson
_____
Printed name

Title  Member

### 18. Signature of attorney

X  /s/ Daniel M. Simon
_____
Signature of attorney for debtor

Date  5/20/2016
      MM / DD / YYYY

Daniel Simon
DLA Piper LLP (U.S.)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309

312.368.3465
_____
Contact phone

Daniel.Simon@dlapiper.com
_____
Email address

690075
_____
Bar number

GA
_____
State

James R. Irving
Bingham Greenebaum Doll LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202

(502) 587-3606
_____
Contact phone

jriving@bgdlegal.com
_____
Email address

96048
_____
Bar number

KY
_____
State

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Generated by CaseFilePRO

**Fill in this information to identify the case:**

Debtor name  QRS Recycling of Georgia, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GEORGIA WORKS PO BOX 54722 ATLANTA, CA 95765 | | ACCOUNTS PAYABLE | | | | 87,858.73 |
| 2 | FULTON COUNTY TAX COMMISSIONER ARTHUR E. FERDINAND PO BOX 105052 ATLANTA, NJ 07101-3538 | | ACCOUNTS PAYABLE | | | | 78,838.82 |
| 3 | PINE RIDGE LANDFILL PO BOX 843811 DALLAS, GA 30364 | | ACCOUNTS PAYABLE | | | | 64,270.00 |
| 4 | WILSON, HULL & NEAL REAL ESTATE, LLC 1600 NORTHSIDE DR, NW, STE 100 ATLANTA, GA 30354 | | ACCOUNTS PAYABLE | | | | 51,031.00 |
| 5 | ACTION ELECTRICAL & MECHANICAL CONTRACTORS 2600 COLLINS SPRINGS DRIVE ATLANTA, GA 30344 | | ACCOUNTS PAYABLE | | | | 32,179.31 |
| 6 | TAYLOR VENTURES C/O ROB TAYLOR 9925 HUNTCLIFF TRACE ATLANTA, GA 30260 | | ACCOUNTS PAYABLE | | | | 28,876.00 |
| 7 | EDWARDS TRANSPORTATION ALISHA EDWARDS PO BOX 11746 ATLANTA, PA 19101-3397 | | ACCOUNTS PAYABLE | | | | 20,400.00 |
| 8 | CHASE PROFESSIONALS TYLER STAFFING SERVICES, INC PO BOX 534501 ATLANTA, TX 75373-0669 | | ACCOUNTS PAYABLE | | | | 17,337.10 |

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

Debtor __QRS Recycling of Georgia, LLC_____     Case number (*if known*)_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | JB HUNT  PO BOS 98545  CHICAGO, GA 30076 | | ACCOUNTS PAYABLE | | | | 16,446.18 |
| 10 | C.H. ROBINSON WORLDWIDE, INC  PO BOX 9121  MINNEAPOLIS, NY 11743 | | ACCOUNTS PAYABLE | | | | 15,240.00 |
| 11 | VMC TRANSPORTATION  4626 IRISH RED CT  UNION CITY, MO 63132-0498 | | ACCOUNTS PAYABLE | | | | 13,800.00 |
| 12 | D & D BELT SERVICE, LLC  1859 BRADLEY GIN RD  MONROE, GA 30288 | | ACCOUNTS PAYABLE | | | | 13,327.68 |
| 13 | PLS LOGISTICS  3120 UNIONVILLE ROAD  BLDG 110 / SUITE 100  CRANBERRY TOWNSHIP, AL 36104 | | ACCOUNTS PAYABLE | | | | 11,255.00 |
| 14 | SCHNEIDER NATIONAL  2567 PAYSPHERE CIRCLE  CHICAGO, PA 16066 | | ACCOUNTS PAYABLE | | | | 6,213.12 |
| 15 | ATLAS COPCO  DEPT. CH 19511  PALATINE, GA 30019 | | ACCOUNTS PAYABLE | | | | 5,489.51 |
| 16 | REDWAVE SOLUTIONS US  224 West 35th Street  Suite 1102-2  New York, NY 10001 | 347-284-0182 | Debt | | | | 5,331.00 |
| 17 | COMPLETE POLYMERS INC  4390 OLD MCDONOUGH RD  PO BOX 962  CONLEY, IL 60674 | | ACCOUNTS PAYABLE | | | | 4,945.05 |
| 18 | CAMPBELL SALES & SERVICE INC  PO BOX 488  ATHENS, MN 55480-9121 | | ACCOUNTS PAYABLE | | | | 4,339.92 |
| 19 | YANCEY BROS. CO.  DRAWER CS 198757  ATLANTA, GA 30120 | | ACCOUNTS PAYABLE | | | | 4,277.83 |
| 20 | INTEGRITY JANITORIAL CLEANING  PO BOX 90363  0  ATLANTA, GA 30308 | | ACCOUNTS PAYABLE | | | | 3,660.00 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

Generated by CaseFilePRO

# WRITTEN CONSENT OF SOLE MEMBER
# OF QRS RECYCLING OF GEORGIA, LLC

May 18, 2016

The undersigned, being the sole member of QRS RECYCLING OF GEORGIA, LLC, a Kentucky limited liability company (the "Company"), hereby adopts the following preambles and resolutions and consents to the actions described below as of the date written above:

**WHEREAS,** the Member has carefully evaluated and considered such factors and information as it has deemed necessary or appropriate in order to reach a fully informed conclusion, and has determined that it is advisable and in the best interests of the Company to file a voluntary petition for bankruptcy;

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that the Member hereby authorizes the Company to seek protection under Chapter 11 of the United States Bankruptcy Code, if and when deemed appropriate, to commence such case in the U.S. Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Filing");

**FURTHER RESOLVED,** that the Member hereby ratifies all actions taken by the Company in connection with the negotiation, implementation, execution and delivery of the Bankruptcy Filing and all other actions it has taken prior to the date of this Consent Action in connection with or in furtherance of the Bankruptcy Filing; and

**FURTHER RESOLVED,** that Member is hereby authorized and directed, for and on behalf of the Company, to: (a) make, sign and execute any and all documents, agreements or other instruments which may be necessary or appropriate for the Bankruptcy Filing, and (b) take all such other actions and make, sign, execute and deliver any and all other documents and instruments as the sole Member may deem necessary or appropriate, in its sole and absolute discretion, for the Bankruptcy Filing.

[Signature Page Follows]

17187813.3

**WITNESS** the signature of the undersigned, who is the sole Member of the Company, as of the first written above.

**QRS HOLDING COMPANY**

By: _____
Matthew T. Janson, Secretary

17187813.3

-2-

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

-------------------------------------------------------x
In re:                                        :     Chapter 11
                                              :
QRS Recycling of Georgia, LLC,[1]             :     Case No. 16-_____
                                              :
            Debtor.                           :
-------------------------------------------------------x

**DECLARATION OF PROFESSIONAL COMPENSATION**

Separate declarations of the Debtor's professionals' compensation are being filed with their retention applications, which will be filed contemporaneously herewith or shortly thereafter.

/s/ Daniel M. Simon
James R. Irving (KY Bar No. 96048)
(admission pending *pro hac vice*)
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone:     (502) 587-3606
Facsimile:     (502) 540-2215
E-mail:        jirving@bgdlegal.com

-and-

Daniel M. Simon (GA Bar No. 690075)
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone:     (404) 736-7871
Facsimile:     (312) 251-2854
E-mail:        daniel.simon@dlapiper.com

*Proposed counsel to the Debtor QRS Recycling of Georgia, LLC*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5278.  The Debtor's mailing address, solely for purposes of notices and communications, is 120 Hollow Tree Lane, Atlanta, Georgia 30354.

17473966_1.docx

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

Debtor  QRS Recycling of Georgia, LLC
       Name

Case number (*if known*) _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| QRS Holding Company<br>2451 Crittenden Drive<br>Louisville, KY 40217 | EQUITY | 100 | Membership Interest |

LIST OF EQUITY SECURITY HOLDERS

Generated by CaseFilePRO