UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-58837-jrs |
| | : | |
| QRS RECYCLING OF GEORGIA, LLC, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve as the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

> GUY G. GEBHARDT
> ACTING UNITED STATES TRUSTEE
> REGION 21
>
> /s/
> JAMES H. MORAWETZ
> Trial Attorney
> Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA   30303
Tel: (404) 331-4437
Email: jim.h.morawetz@usdoj.gov

## **EXHIBIT "A"**

J.B. Hunt Transport
ATTN: Erica Hayes, Financial Analyst
675 J.B. Hunt Corporate Dr.
Lowell, AR 72745
Tel: 479-419-3500
Fax: 479-820-4996
Email: Erica_Hayes@jbhunt.com

Complete Polymers
ATTN: Jeramy Daniels, Vice President
4390 Old McDonough Rd.
P.O. Box 962
Conley, GA 30288
Tel: 404-988-6174
Email: jd@completepolymers.com

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I caused true and correct copies of the attached Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims to be deposited in the U.S. Mail with correct first class postage affixed addressed to the members of the committee as appointed and to counsel of record for the Debtor as follows:

Daniel M Simon, Esq
DLA Piper LLP
One Atlantic Center
1201 W Peachtree St NE
Suite 2800
Atlanta, Georgia 30309

James R. Irving, Esq.
Bingham Greenebaum Doll LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202

Done this the __8th__ day of June, 2016.

/s/
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA   30303
Tel: (404) 331-4437
Email: jim.h.morawetz@usdoj.gov