UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-58837-jrs |
| | : | |
| QRS RECYCLING OF GEORGIA, LLC, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

COMES NOW the United States Trustee for Region 21 and hereby amends the Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims (the "Committee") filed in this case on June 8, 2016 [Doc. No. 68] for the purpose of adding creditor Georgia Works! Inc., as a member of the Committee. The members of the Committee as currently constituted are listed on the attached Exhibit "A."

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

/s/
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA   30303
Tel: (404) 331-4437
Email: jim.h.morawetz@usdoj.gov

## EXHIBIT "A"

J.B. Hunt Transport
ATTN: Erica Hayes, Financial Analyst
675 J.B. Hunt Corporate Dr.
Lowell, AR 72745
Tel: 479-419-3500
Fax: 479-820-4996
Email: Erica_Hayes@jbhunt.com

Complete Polymers
ATTN: Jeramy Daniels, Vice President
4390 Old McDonough Rd.
P.O. Box 962
Conley, GA 30288
Tel: 404-988-6174
Email: jd@completepolymers.com

Georgia Works! Inc.
ATTN: Phillip D. Hunter, Executive Director
275 Pryor St. SW
Atlanta, GA 30303
Tel: 404-215-6680
Fax: 404-222-9527
Email: phunter@georgiaworks.net

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I caused true and correct copies of the attached Amended Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims to be deposited in the U.S. Mail with correct first class postage affixed addressed to the members of the committee as appointed and to counsel of record for the Debtor and the Committee as follows:

Daniel M Simon, Esq  
DLA Piper LLP  
One Atlantic Center  
1201 W Peachtree St NE  
Suite 2800  
Atlanta, Georgia 30309  

John A. Thomson, Jr., Esq.  
Cohen Pollock Merlin & Small, P.C.  
3350 Riverwood Parkway  
Suite 1600  
Atlanta, GA 30339  

James R. Irving, Esq.  
Bingham Greenebaum Doll LLP  
3500 National City Tower  
101 South Fifth Street  
Louisville, Kentucky 40202  

Done this the   16th   day of June, 2016.

/s/  
JAMES H. MORAWETZ  
Trial Attorney  
Georgia Bar No. 521900  

United States Department of Justice  
Office of the United States Trustee  
362 Richard Russell Building  
75 Spring Street, SW  
Atlanta, GA   30303  
Tel: (404) 331-4437  
Email: jim.h.morawetz@usdoj.gov  

3