**Fill in this information to identify the case:**

Debtor name __QRS Recycling of Georgia, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __16-58837(jrs)__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................

   $ _____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................................

   $ ___2,024,558.11___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................

   $ ___2,024,558.11___

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........................

   $ ___13,635,360.21___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................

   $ ___0.00___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................

   + $ ___5,990,295.31___

4. **Total liabilities**...........................................................................................
   Lines 2 + 3a + 3b

   $ ___19,625,655.52___

**Fill in this information to identify the case:**

Debtor name __QRS Recycling of Georgia, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __16-58837(jrs)__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**                                                                                   $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. The Private Bank and Trust Company | Checking | 6562 | $ 16,788.31 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ 16,788.31

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Taylor Ventures _____     $ 40,833.00
   7.2. _____     $

Debtor    QRS Recycling of Georgia, LLC
          _____          Case number *(if known)* 16-58837(jrs)
          Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | | $                 40,833.00 |
   |---|---|

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:        187,978.19   –        0.00        = ......➔    $        187,978.19
                              face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:        1,659,153.84   –    1,659,153.84    = ......➔    $             0.00
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    | | $               187,978.19 |
    |---|---|

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. _____    _____%    _____    $_____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    | | $_____ |
    |---|---|

---

Schedule A/B: Assets — Real and Personal Property

Debtor  QRS Recycling of Georgia, LLC
                 _____
                 Name                                                                              Case number *(if known)* 16-58837(jrs)

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials**<br>Tin and Aluminum<br>_____ MM / DD / YYYY | | $ _____ 17,867.07 | _____ | $ _____ 17,867.07 |
| 20. **Work in progress**<br>_____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale**<br>_____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies**<br>_____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                                                              $ _____ 17,867.07

24. **Is any of the property listed in Part 5 perishable?**

    ☒ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☒ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops—either planted or harvested**<br>_____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $ _____ | _____ | $ _____ |

Debtor    QRS Recycling of Georgia, LLC _____    Case number (if known) ___16-58837(jrs)___
              Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office Furniture | $        6,467.83 | _____ | $        6,467.83 |
| 40. **Office fixtures** | | | |
|  | $_____ | | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, Hardware, Software, Two Way Radios, 2 Ipads | $        5,712.53 | _____ | $        5,712.53 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  Please see attached - Asset List | $_____ | _____ | $        0.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.    $        12,180.36

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

Debtor  QRS Recycling of Georgia, LLC
_____
Name

Case number *(if known)* 16-58837(jrs)
_____

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Forklift | $ 5,028.90 | | $ 5,028.90 |
| 47.2 Bobcat | $ 1,939.94 | | $ 1,939.94 |
| 47.3 Loaders - Accurate Forklift | $ 9,885.00 | | $ 9,885.00 |
| 47.4 Toyota Forklift 7FGU25 Serial # 74605 | $ 4,165.00 | | $ 4,165.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | | $ _____ |
| 48.2 _____ | $ _____ | | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | | $ _____ |
| 49.2 _____ | $ _____ | | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Please see attached. | $ 1,727,892.34 | | $ 1,727,892.34 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ 1,748,911.18

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor ___QRS Recycling of Georgia, LLC_____    Case number (if known)___16-58837(jrs)_____
        Name

---

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☒ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | _____ | $_____ | _____ | $_____ |
| 55.2 | _____ | $_____ | _____ | $_____ |
| 55.3 | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $_____

---

Debtor    QRS Recycling of Georgia, LLC       Case number *(if known)* 16-58837(jrs)
_____ Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____  _____ − _____ = ➜  $_____
      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____ Tax year _____ $_____
_____ Tax year _____ $_____
_____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**
_____ $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____ $_____
Nature of claim _____
Amount requested $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____ $_____
Nature of claim _____
Amount requested $_____

76. **Trusts, equitable or future interests in property**
_____ $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____ $_____
_____ $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

| Debtor | QRS Recycling of Georgia, LLC | Case number *(if known)* | 16-58837(jrs) |
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 16,788.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 40,833.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 187,978.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 17,867.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 12,180.36 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,748,911.18 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............ ➜ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 2,024,558.11 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $ 2,024,558.11

| Asset # | Description | Search Descr | Dept # | FA PST GRP | Acq Date | Acq Amt | 2015 NBV | ACCUM DEPR | 2016 NBV | Life | Depr Mo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FAATL0000001 | Time IPS Time Clock | Time IPS Time Clock | Dept 120 | COMP HARD | 7/1/2012 | 1,327.11 | | 1,327.11 | - | 3.00 | 36.85 |
| FAATL0000002 | ATL FURNITURE | ATL FURNITURE | Dept 120 | FURN FIXT | 9/1/2012 | 20,422.80 | 8,169.73 | 13,954.97 | 6,467.83 | 5.00 | 340.38 |
| FAATL0000003 | Balers | Balers | Dept 120 | BALERS | 8/27/2012 | 564,183.00 | 394,928.02 | 192,762.61 | 371,420.39 | 10.00 | 4,701.53 |
| FAATL0000004 | Ciscom Serve Config | Ciscom Serve Config | Dept 120 | COMP HARD | 9/1/2012 | 1,402.50 | | 1,402.50 | - | 3.00 | 38.96 |
| FAATL0000005 | Computer Hardware | Computer Hardware | Dept 120 | COMP HARD | 1/1/2013 | 1,750.00 | | 1,750.00 | - | 3.00 | 48.61 |
| FAATL0000007 | Concrete | Concrete | Dept 120 | CONCRETE | 9/30/2012 | 8,635.80 | 6,044.99 | 2,950.64 | 5,685.16 | 10.00 | 71.97 |
| FAATL0000009 | Scales | Scales | Dept 120 | SCALES | 9/30/2012 | 78,071.91 | 55,350.42 | 26,016.15 | 52,055.76 | 10.00 | 650.93 |
| FAATL0000010 | Nichols Neal Signage | Nichols Neal Signage | Dept 120 | SPRT EQUIP | 9/30/2012 | 11,010.89 | 4,408.41 | 7,530.89 | 3,490.00 | 5.00 | 183.68 |
| FAATL0000011 | ROM Software | ROM Software | DEPT 120 | COMP SOFT | 9/30/2012 | 25,000.00 | | 24,999.99 | 0.01 | 5.00 | 694.44 |
| FAATL0000012 | CDW Comp Hardware | Computer Hardware | Dept 120 | COMP HARD | 9/30/2012 | 8,780.71 | 0.00 | 8,780.71 | 0.00 | 3.00 | 243.91 |
| FAATL0000013 | LAPTOP A SHERMAN | Computer Hardware | Dept 120 | COMP HARD | 9/30/2012 | 1,839.03 | | 1,839.03 | - | 3.00 | 51.08 |
| FAATL0000014 | Asphalt Drive | Asphalt Drive | Dept 120 | ASPHALT | 9/30/2012 | 22,740.00 | 16,459.09 | 7,228.41 | 15,511.59 | 10.00 | 188.50 |
| FAATL0000015 | Plastic Sorting System | Plastic Sorting System | Dept 120 | CONT LINE | 9/30/2012 | 3,454,424.56 | 2,417,397.13 | 1,179,002.12 | 2,273,504.44 | 10.00 | 28,778.54 |
| FAATL0000016 | Leasehold Improvements | Leasehold Improvements | DEPT 120 | LHI | 9/30/2012 | 167,095.80 | 117,000.13 | 57,055.92 | 110,037.88 | 10.00 | 1,392.45 |
| FAATL0000017 | Containers | Containers | Dept 120 | FEL CONTAINERS | 10/1/2012 | 25,545.00 | | 25,545.00 | - | 5.00 | 425.75 |
| FAATL0000018 | Floor Scale | Scales | Dept 120 | SCALES | 10/1/2012 | 9,920.00 | 6,943.89 | 3,389.44 | 6,530.56 | 10.00 | 82.67 |
| FAATL0000019 | Comp Hardware | Computer Hardware | Dept 120 | COMP HARD | 10/2/2012 | 29,427.71 | 0.00 | 29,427.71 | 0.00 | 3.00 | 817.44 |
| FAATL0000022 | Maintenance Tools | SPRT EQUIP | Dept 120 | SPRT EQUIP | 10/2/2012 | 5,781.52 | 2,332.56 | 3,900.75 | 1,880.77 | 5.00 | 96.36 |
| FAATL0000023 | Network Config | SPRT EQUIP | DEPT 120 | SPRT EQUIP | 1/1/2013 | 60,578.32 | 42,404.80 | 20,697.61 | 39,880.71 | 10.00 | 504.82 |
| FAATL0000024 | Maintenance Building | BUILDING | Dept 120 | BUILDING | 1/1/2013 | 21,313.56 | 16,157.17 | 6,044.45 | 15,269.11 | 10.00 | 177.61 |
| FAATL0000025 | Sprinkler System | Leasehold Improvements | Dept 120 | LHI | 2/1/2013 | 28,460.00 | 21,116.77 | 8,529.06 | 19,930.94 | 10.00 | 237.17 |
| FAATL0000026 | Door Tracks | Leasehold Improvements | Dept 120 | LHI | 3/1/2013 | 6,151.74 | 854.45 | 6,151.69 | 0.05 | 3.00 | 170.88 |
| FAATL0000027 | OP Scavenger Sorting System | SCAVENGER | Dept 120 | SCAVENGER | 8/1/2013 | 732,534.39 | 575,683.81 | 187,372.85 | 545,161.54 | 10.00 | 6,104.45 |
| FAATL0000029 | Mattress Welding | SPRT EQUIP | Dept 120 | SPRT EQUIP | 11/1/2012 | 2,989.00 | 1,245.31 | 1,992.77 | 996.23 | 5.00 | 49.82 |
| FAATL0000030 | Support Equipment | SPRT EQUIP | Dept 120 | SPRT EQUIP | 2/1/2013 | 2,526.69 | 1,180.57 | 1,559.93 | 969.76 | 5.00 | 42.16 |
| FAATL0000031 | 2- Tire Sweeps | SPRT EQUIP | Dept 120 | SPRT EQUIP | 2/1/2013 | 5,000.00 | 2,333.43 | 3,083.24 | 1,916.76 | 5.00 | 83.33 |
| FAATL0000032 | Support Equipment | SPRT EQUIP | Dept 120 | SPRT EQUIP | 2/1/2013 | 989.73 | 461.77 | 610.43 | 379.30 | 5.00 | 16.50 |
| FAATL0000033 | Support Equipment | SPRT EQUIP | Dept 120 | SPRT EQUIP | 3/1/2013 | 1,972.41 | 953.43 | 1,183.35 | 789.05 | 5.00 | 32.87 |
| FAATL0000035 | TORQUE MULTIPLIER | SPRT EQUIP | Dept 120 | SPRT EQUIP | 3/8/2013 | 2,079.51 | 1,013.14 | 1,239.66 | 839.85 | 5.00 | 34.66 |
| FAATL0000036 | TWO WAY RADIOS | TWO WAY RADIOS | Dept 120 | SPRT EQUIP | 5/1/2013 | 2,107.80 | 409.85 | 1,990.70 | 117.10 | 5.00 | 58.55 |
| FAATL0000037 | IPAD A SHERMAN | Computer Hardware | Dept 120 | COMP HARD | 5/1/2013 | 692.79 | | 692.79 | - | 3.00 | 19.24 |
| FAATL0000038 | EAGLE RIVER RESERVOIR AND AWNING | Leasehold Improvements | Dept 120 | LHI | 12/1/2012 | 8,400.00 | 5,876.77 | 2,863.90 | 5,536.10 | 10.00 | 68.23 |
| FAATL0000040 | COLUMN PROTECTORS | Leasehold Improvements | DEPT 120 | LHI | 12/1/2013 | 19,200.00 | | 6,240.00 | 12,960.00 | 10.00 | 160.00 |
| FAATL0000041 | Baler Exhaust Fan | Balers | Dept 120 | BALERS | 4/16/2013 | 23,130.00 | 17,540.22 | 6,553.53 | 16,576.47 | 10.00 | 192.75 |
| FAATL0000043 | Concrete | Concrete | Dept 120 | CONCRETE | 9/30/2013 | 8,305.50 | 6,664.73 | 1,986.84 | 6,318.67 | 10.00 | 69.21 |
| FAATL0000046 | THRESHER (NICHOLS NEAL) | Leasehold Improvements | Dept 120 | LHI | 11/1/2013 | 1,977.50 | 1,373.27 | 604.23 | 1,373.27 | 3.00 | 54.93 |
| FAATL0000047 | FORKLIFT | SPRT EQUIP | DEPT 120 | SPRT EQUIP | 10/1/2013 | 9,733.50 | 5,840.03 | 4,704.60 | 5,028.90 | 5.00 | 162.23 |
| FAATL0000048 | BUCKET FOR SKID STEER | SPRT EQUIP | DEPT 120 | SPRT EQUIP | 1/2/2014 | 1,987.36 | 1,291.83 | 861.24 | 1,126.12 | 5.00 | 33.12 |
| FAATL0000049 | Plastic Sorting System | Plastic Sorting System | Dept 120 | CONT LINE | 11/1/2013 | 123,713.45 | | | | 10.00 | 1,030.95 |
| FAATL0000050 | U-LAND FIRE HOSES | Baler Water System | Dept 120 | BALERS | 11/1/2013 | 7,196.44 | 4,797.32 | 3,038.80 | 4,157.64 | 5.00 | 119.94 |
| FAATL0000051 | Comp Hardware | Computer Hardware | Dept 120 | COMP HARD | 3/1/2014 | 945.94 | | 945.94 | - | 3.00 | 26.28 |
| FAATL0000053 | Bobcat | SPRT EQUIP | DEPT 120 | SPRT EQUIP | 3/1/2014 | 3,233.28 | 2,209.38 | 1,293.34 | 1,939.94 | 5.00 | 53.89 |
| FAATL0000055 | Loaders - Accurate Forklift | Loaders | Dept 120 | LOADERS | 3/1/2014 | 13,839.00 | 10,708.75 | 3,954.00 | 9,885.00 | 7.00 | 164.75 |
| FAATL0000056 | BRT END FEED PROJECT | BRT END FEED PROJECT | Dept 120 | BRT END FEED | 5/1/2014 | 140,647.37 | 120,722.38 | 25,785.30 | 114,862.07 | 10.00 | 1,172.06 |
| FAATL0000057 | Comp Hardware | Computer Hardware | Dept 120 | COMP HARD | 5/1/2014 | 7,144.17 | 3,770.52 | 4,365.89 | 2,778.28 | 3.00 | 158.45 |
| FAATL0000058 | Comp Hardware | Computer Hardware | Dept 120 | COMP HARD | 5/1/2014 | 2,636.46 | | 1,611.10 | 1,025.35 | 3.00 | 73.23 |
| FAATL0000060 | IPAD | IPAD | Dept 120 | IPAD | 5/1/2014 | 987.79 | | 987.79 | - | 3.00 | 18.55 |
| FAATL0000061 | Baler Filtration System | Balers | Dept 120 | BALERS | 7/1/2014 | 5,553.78 | 3,563.70 | 2,761.44 | 2,792.34 | 3.00 | 154.27 |
| FAATL0000063 | Air Compressor | SPRT EQUIP | DEPT 120 | SPRT EQUIP | 9/1/2014 | 6,960.83 | 5,452.69 | 2,088.21 | 4,872.62 | 5.00 | 116.01 |
| FAATL0000064 | Comp Hardware | COMP HARD | Dept 120 | COMP HARD | 2/10/2015 | 2,008.93 | 1,562.20 | 725.30 | 1,283.24 | 3.00 | 55.79 |
| FAATL0000065 | Lighting - Leasehold Improvements | LHI | DEPT 120 | LHI | 2/1/2015 | 33,442.00 | 31,212.55 | 3,622.87 | 29,819.13 | 10.00 | 278.68 |
| FAATL0000066 | Scales | Scales | Dept 120 | SCALES | 10/1/2014 | 9,979.48 | 8,981.55 | 1,413.74 | 8,565.74 | 10.00 | 83.16 |
| FAATL0000067 | OP Scavenger Sorting System | SCAVENGER | DEPT 120 | SCAVENGER | 10/16/2014 | 26,050.93 | 23,699.30 | 3,478.76 | 22,612.17 | 10.00 | 217.42 |
| FAATL0000068 | Eagle Vision 1,2 & 3 (from LOU Scavenger) | OPTICAL | DEPT 120 | OPTICAL | 12/1/2012 | 408,300.00 | 344,494.33 | 80,839.83 | 327,460.17 | 10.00 | 3,403.83 |
| FAATL0000069 | Toyota Forklift 7FGCU25 Serial #74605 | SPRT EQUIP | DEPT 120 | SPRT EQUIP | 6/1/2014 | 4,900.00 | 4,573.33 | 735.00 | 4,165.00 | 5.00 | 81.67 |
| FAATL0000070 | Container Line - Steinert Eddy (From LOU) | EDDY CURRENT | DEPT 120 | CONT LINE | 1/1/2015 | 137,850.60 | 118,782.52 | 27,273.48 | 110,577.12 | 7.00 | 1,641.08 |
| FAATL00000064 | Enterprise Baler Reline | Balers | Dept 120 | BALERS | 9/1/2015 | 52,319.10 | 50,860.78 | 8,719.85 | 43,599.25 | 3.00 | 1,453.31 |
| FAATL00000065 | Saratoga | Saratoga | Dept 120 | SARATOGA | 9/1/2015 | 29,769.97 | 29,415.57 | 2,126.43 | 27,643.54 | 7.00 | 354.40 |

| Asset # | Description | Search Descr | Dept # | FA PST GRP | Acq Date | Acq Amt | 2015 NBV | ACCUM DEPR | 2016 NBV | Life | Depr Mo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FAATL0000065 | DELL DIVI DESKTOP | Computer Hardware | Dept 120 | COMP HARD | 5/1/2015 | 704.16 | 606.36 | 195.60 | 508.56 | 3.00 | 19.56 |
| | Plastic Sorting System | Plastic Sorting System | Dept 120 | CONT LINE | | 9,168.56 | | 229.21 | 8,939.35 | 10.00 | 76.40 |
| | Loaders | Loaders | Dept 120 | LOADERS | | 116,077.91 | | 4,145.64 | 111,932.27 | 7.00 | 1,381.88 |
| | | | | | | 6,400,401.53 | 4,511,985.46 | 2,059,259.35 | 4,361,142.18 | | |

Schedule AB - Question: 42 - Asset List

**Fill in this information to identify the case:**

Debtor name __QRS Recycling of Georgia, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __16-58837(jrs)__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1 Creditor's name**
__TAYLOR VENTURES__

**Creditor's mailing address**
C/O ROB TAYLOR
9925 HUNTCLIFF TRACE
ATLANTA, GA 30350

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Deposit

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__   $ __Unknown__

**2.2 Creditor's name**
__The Privatebank and Trust Company__

**Creditor's mailing address**
1401 South Brentwood Blvd.
2nd Floor
St. Louis, MO 63144

**Creditor's email address, if known**
_____

**Date debt was incurred** __1/17/2014__
**Last 4 digits of account number** __ __ __ __
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Other consensual lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __13,635,360.21__   $ __Unknown__

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ __13,635,360.21__

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | QRS Recycling of Georgia, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | 16-58837(jrs) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor      QRS Recycling of Georgia, LLC
            _____          Case number (if known) 16-58837(jrs)
            Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>ACCENT WIRE<br>10131 FM 2920<br>TOMBALL, TX 77375 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 2,744.43 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>ACCURATE FORKLIFT<br>1120 OAKLEIGH DRIVE<br>EAST POINT, GA 30344 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 418.76 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.3** | Nonpriority creditor's name and mailing address<br>ACTION ELECTRICAL & MECHANICAL CONTRACTORS<br>2600 COLLINS SPRINGS DRIVE<br>ATLANTA, GA 30339 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 31,854.31 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.4** | Nonpriority creditor's name and mailing address<br>ADP, INC<br>ONE ADP DRIVE MS-100<br>AUGUSTA, GA 30909 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 256.20 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.5** | Nonpriority creditor's name and mailing address<br>Agneds Anane<br>1332 Creekview Circle<br>Riverdale, GA 30296 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  WAGES, SALARIES, AN[ | $ Unknown |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.6** | Nonpriority creditor's name and mailing address<br>AIRGAS USA, LLC<br>PO BOX 532609<br>ATLANTA, GA 30353-2609 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 1,224.65 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | QRS Recycling of Georgia, LLC | Case number (if known) 16-58837(jrs) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address
AMERISOUTH RECYCLING
PO BOX 161005
ATLANTA, GA 30354

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.8** Nonpriority creditor's name and mailing address
ARDEN'S GARDEN
3113 MAIN ST.
EAST POINT, GA 30344

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 621.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.9** Nonpriority creditor's name and mailing address
Arthur Manuel
2426 Gilbert Dr
Atlanta, GA 30331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address
AT&T
PO Box 105262
Atlanta, GA 30348

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: UTILITIES

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address
ATLANTA COMPRESSOR, LLC
2095 HWY 211 NW
SUITE 2F-221
BRASELTON, GA 30517

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 630.94

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor      QRS Recycling of Georgia, LLC                                Case number *(if known)*  16-58837(jrs)
                   Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 161.13 |

ATLANTA PROPANE EXCHANGE
PO BOX 1268
DACULA, GA 30019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.13   Nonpriority creditor's name and mailing address          $ 3,554.39

ATLAS COPCO
DEPT. CH 19511
PALATINE, IL 60055-9511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.14   Nonpriority creditor's name and mailing address          $ 3,565.00

AXLE LOGISTICS LLC
520 W Summit Hill Drive Ste 1005
KNOXVILLE, TN 37902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.15   Nonpriority creditor's name and mailing address          $ 418.80

BFI LORIAN
COUNTY  RECYCLERY
PO BOX 99801
CHICAGO, IL 60696

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

3.16   Nonpriority creditor's name and mailing address          $ 15,240.00

C.H. ROBINSON WORLDWIDE, INC
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   QRS Recycling of Georgia, LLC                                        Case number *(if known)*   16-58837(jrs)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   **Amount of claim**

---

**3.17**    Nonpriority creditor's name and mailing address

CAMPBELL SALES & SERVICE INC
PO BOX 488
ATHENS, GA 30603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,339.92

---

**3.18**    Nonpriority creditor's name and mailing address

Catterpillar Financial Service
PO Box 730681
Dallas, TX 75373-0069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,496.39

---

**3.19**    Nonpriority creditor's name and mailing address

Cellmark, Inc.
80 Washington St.
Norwalk, CT 06854

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,500.36

---

**3.20**    Nonpriority creditor's name and mailing address

CHASE PROFESSIONALS
TYLER STAFFING SERVICES, INC
PO BOX 534501
ATLANTA, GA 30353-4501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,337.10

---

**3.21**    Nonpriority creditor's name and mailing address

CHATTOOGA TRUCK & TIRE CENTER INC
251 JOHN BANKSON DRIVE
SUMMERVILLE, CT 6854

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 30.00

---

Debtor    QRS Recycling of Georgia, LLC                          Case number (if known)   16-58837(jrs)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.22** ___    Nonpriority creditor's name and mailing address

Chaz'min Watson
5529 Festival Ave
Fairburn, GA 30213

As of the petition filing date, the claim is:     $ _____ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   WAGES, SALARIES, AN[

Date or dates debt was incurred   _____       Is the claim subject to offset?
                                                    ☒ No
Last 4 digits of account number   _____       ☐ Yes

---

**3.23** ___    Nonpriority creditor's name and mailing address

CINTAS
PO BOX 630910
CINCINNATI, GA 30353-4501

As of the petition filing date, the claim is:     $ _____ 1,250.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Date or dates debt was incurred   _____       Is the claim subject to offset?
                                                    ☒ No
Last 4 digits of account number   _____       ☐ Yes

---

**3.24** ___    Nonpriority creditor's name and mailing address

Ciscom Solutions
9462 Brownsboro Rd.
Louisville, KY 40241

As of the petition filing date, the claim is:     $ _____ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Date or dates debt was incurred   _____       Is the claim subject to offset?
                                                    ☒ No
Last 4 digits of account number   _____       ☐ Yes

---

**3.25** ___    Nonpriority creditor's name and mailing address

City of Atlanta
55 Trinity Ave. S.W.
Atlanta, GA 30303

As of the petition filing date, the claim is:     $ _____ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES

Date or dates debt was incurred   _____       Is the claim subject to offset?
                                                    ☒ No
Last 4 digits of account number   __ __ __ __        ☐ Yes

---

**3.26** ___    Nonpriority creditor's name and mailing address

CJC TRANSPORATION
7777 BONHOMME AVE
SUITE 1601
ST LOUIS, MO 63105

As of the petition filing date, the claim is:     $ _____ 1,390.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Date or dates debt was incurred   _____       Is the claim subject to offset?
                                                    ☒ No
Last 4 digits of account number   _____       ☐ Yes

---

Debtor  QRS Recycling of Georgia, LLC                                        Case number (if known)   16-58837(jrs)
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27**  Nonpriority creditor's name and mailing address
COMMAND TRANSPORTATION, LLC
2633 PAYSPHERE CIRCLE
CHICAGO, IL 60674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 18,175.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.28**  Nonpriority creditor's name and mailing address
COMPLETE POLYMERS INC
4390 OLD MCDONOUGH RD
PO BOX 962
CONLEY, GA 30288

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 4,945.05

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.29**  Nonpriority creditor's name and mailing address
Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

$ 149.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.30**  Nonpriority creditor's name and mailing address
D & D BELT SERVICE, LLC
1859 BRADLEY GIN RD
MONROE, GA 30656

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 11,743.57

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.31**  Nonpriority creditor's name and mailing address
Danqavis Smith
276 Upper Riverdale Road
#3C
Jonesboro, GA 30236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WAGES, SALARIES, ANI

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | QRS Recycling of Georgia, LLC | Case number *(if known)* 16-58837(jrs) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32**    Nonpriority creditor's name and mailing address

Dept of Watershed Management
55 Trinity Avenue S.W.
Atlanta, GA 30303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES

$ _____ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   4302

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.33**    Nonpriority creditor's name and mailing address

EDWARDS TRANSPORTATION
ALISHA EDWARDS
PO BOX 11746
ATLANTA, GA 30355

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

$ _____ 26,000.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34**    Nonpriority creditor's name and mailing address

Element Financial Corp.
PO Box 12438
Newark, NJ 07101-3538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

$ _____ 19,803.21

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.35**    Nonpriority creditor's name and mailing address

ENTERPRISE COMPANY
1007 Nichols Drive
Rockliin, CA 95765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

$ _____ 466.00

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36**    Nonpriority creditor's name and mailing address
ESTES HEATING AND AIR CONDITIONING
3981 TRADEPORT  BLVD
ATLANTA, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

$ _____ 615.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    QRS Recycling of Georgia, LLC
         Name

Case number *(if known)*    16-58837(jrs)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

FULTON COUNTY TAX COMMISSIONER
ARTHUR E. FERDINAND
PO BOX 105052
ATLANTA, GA 30348-5052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$                    78,838.82

---

**3.38** Nonpriority creditor's name and mailing address

Georgia Natural Gas
PO Box 440667
Kennesaw, GA 30160-9512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Date or dates debt was incurred  _____

Last 4 digits of account number  8849

Is the claim subject to offset?
☒ No
☐ Yes

$                    0.00

---

**3.39** Nonpriority creditor's name and mailing address

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Date or dates debt was incurred  _____

Last 4 digits of account number  2068

Is the claim subject to offset?
☒ No
☐ Yes

$                    0.00

---

**3.40** Nonpriority creditor's name and mailing address

GEORGIA WORKS
PO BOX 54722
ATLANTA, GA 30308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$                    87,646.10

---

**3.41** Nonpriority creditor's name and mailing address

GLOBAL EQUIPMENT COMPANY
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$                    382.84

---

| Debtor | QRS Recycling of Georgia, LLC | Case number (if known) | 16-58837(jrs) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42**    **Nonpriority creditor's name and mailing address**

GREEN ENVIRONMENTAL
SERVICES
5110 WALTON WAY
ROSWELL, GA 30076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.00

**Basis for the claim:** ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43**    **Nonpriority creditor's name and mailing address**

GREENMINE, INC
4785 FULTON INDUSTRIAL BLVD
ATLANTA, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,915.00

**Basis for the claim:** ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44**    **Nonpriority creditor's name and mailing address**

Gregory Ebron
PO Box 54722
Atlanta, GA 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45**    **Nonpriority creditor's name and mailing address**

Ha Saw Lian
3199 Valley Road Place
Decatur, GA 30033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46**    **Nonpriority creditor's name and mailing address**

Highlands County
6000 Skipper Rd
Sebring, FL 33876

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 3,975.40

**Basis for the claim:** ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  QRS Recycling of Georgia, LLC                                    Case number *(if known)*  16-58837(jrs)
_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   **Amount of claim**

---

3.47 ___  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $_____8,733.50
INTEGRITY JANITORIAL CLEANING                                          *Check all that apply.*
PO BOX 90363                                                           ☐ Contingent
ATLANTA, GA 30364                                                      ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       Basis for the claim: ACCOUNTS PAYABLE

   Date or dates debt was incurred       _____              Is the claim subject to offset?
   Last 4 digits of account number       _____              ☒ No
                                                                       ☐ Yes

---

3.48 ___  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $_____3,295.60
IREP of Montgomery                                                     *Check all that apply.*
1551 LOUISVILLE ST                                                    ☐ Contingent
MONTGOMERY, AL 36104                                                   ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       Basis for the claim: ACCOUNTS PAYABLE

   Date or dates debt was incurred       _____              Is the claim subject to offset?
   Last 4 digits of account number       _____              ☒ No
                                                                       ☐ Yes

---

3.49 ___  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $_____Unknown
Jarvis Walthaw                                                        *Check all that apply.*
1475 Trafalgar Ct                                                     ☐ Contingent
Hampton, GA 30228-3201                                                ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       Basis for the claim: WAGES, SALARIES, AND

   Date or dates debt was incurred       _____              Is the claim subject to offset?
   Last 4 digits of account number       _____              ☒ No
                                                                       ☐ Yes

---

3.50 ___  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $_____Unknown
Jason Hawkins                                                         *Check all that apply.*
2212 Independence Dr Sw                                               ☐ Contingent
Conyers, GA 30094                                                     ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       Basis for the claim: WAGES, SALARIES, AND

   Date or dates debt was incurred       _____              Is the claim subject to offset?
   Last 4 digits of account number    ___ ___ ___ ___                 ☒ No
                                                                       ☐ Yes

---

3.51 ___  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $_____16,446.18
JB HUNT                                                               *Check all that apply.*
PO BOS 98545                                                          ☐ Contingent
CHICAGO, IL 60693                                                     ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       Basis for the claim: ACCOUNTS PAYABLE

   Date or dates debt was incurred       _____              Is the claim subject to offset?
   Last 4 digits of account number       _____              ☒ No
                                                                       ☐ Yes

---

Debtor      QRS Recycling of Georgia, LLC      Case number *(if known)*  16-58837(jrs)
　　　　　Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** ___ Nonpriority creditor's name and mailing address

JC EHRLICH
PO BOX 13848
READING, PA 19612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____822.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** ___ Nonpriority creditor's name and mailing address

Jermarcus Horton
2338 Carey Dr
Atlanta, GA 30315

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown

Basis for the claim:  WAGES, SALARIES, AN[

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** ___ Nonpriority creditor's name and mailing address

Joshua Magnes
6416 Pisgah Rd
Austell, GA 30168

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown

Basis for the claim:  WAGES, SALARIES, AN[

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** ___ Nonpriority creditor's name and mailing address

Kaleb Smith
2745 Hapeville Road
Apt. 109
Atlanta, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown

Basis for the claim:  WAGES, SALARIES, AN[

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** ___ Nonpriority creditor's name and mailing address

Kelly Gay
1406 Hatchcover Circle
Jonesboro, GA 30238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown

Basis for the claim:  WAGES, SALARIES, AN[

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor QRS Recycling of Georgia, LLC
Name

Case number (if known) 16-58837(jrs)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

Khua Hu
3259 VALLEYBROOK PL
DECATUR, GA 30033-4452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

KTI INC.
10301 WAYZATA BLVD
MINNETONKA, MN 55305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 7,455.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

L&P Financial Services Co.
PO Box 952092
St. Louis, MO 63195-2092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 24,552.86

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Lang Si
994 N Indian Creek Dr
Apt. 3
Clarkston, GA 30021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Lashane Thomas
3540 North Camp Creek Pkwy
Apt. P4
Atlanta, GA 30331

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    QRS Recycling of Georgia, LLC                    Case number *(if known)*    16-58837(jrs)
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** Nonpriority creditor's name and mailing address

Latonya Woodard
681 University Ave
#1
Atlanta, GA 30310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Lawrence Belser
2745 Hapeville Road
#3C
Atlanta, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Leisha Bankston
276 Upper Riverdale Road
Jonesboro, GA 30294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Lexington Fayett Dept. of Rev.
200 East Main
Lexington, KY 40507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 837.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Montavios Jenkins
876 Hargis Street
Atlanta, GA 30315

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    QRS Recycling of Georgia, LLC    Case number *(if known)*    16-58837(jrs)
　　　　　Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.67** Nonpriority creditor's name and mailing address

PINE RIDGE LANDFILL
PO BOX 843811
DALLAS, TX 75284-3811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 48,357.13

---

**3.68** Nonpriority creditor's name and mailing address

PLS LOGISTICS
3120 UNIONVILLE ROAD
BLDG 110 / SUITE 100
CRANBERRY TOWNSHIP, PA 16066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,255.00

---

**3.69** Nonpriority creditor's name and mailing address

PRO-TEC
2330 PRO-TEC WAY
LOGANVILLE, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 115.00

---

**3.70** Nonpriority creditor's name and mailing address

QRS Direct LLC
345 Marshall Ave
Ste. 301
St. Louis, MO 63119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: OTHER

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 254,521.33

---

**3.71** Nonpriority creditor's name and mailing address

QRS, Inc.
2451 Crittenden Dr.
Louisville, KY 40217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: OTHER

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,151,310.44

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | QRS Recycling of Georgia, LLC | Case number (if known) | 16-58837(jrs) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Ragan Denny
6416 Pisgah Rd
Apt. 105
Austell, GA 30168

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

REAL PROPERTY TAX ADVISORS
575 PHARR ROAD
ATLANTA, PA 19612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 900.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

RED WING SHOE STORE
1286 CITIZENS PARKWAY
SUITE F
MORROW, MN 55305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 407.84

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

REDWAVE SOLUTIONS US
224 West 35th Street
Suite 1102-2
New York, NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 5,331.00

Basis for the claim: Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Regions Bank
600 South Central Ave
Hapeville, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$ _____ 0.00

Basis for the claim: OTHER

Date or dates debt was incurred _____

Last 4 digits of account number    6895

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | QRS Recycling of Georgia, LLC | Case number (if known) 16-58837(jrs) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**    Nonpriority creditor's name and mailing address

REIS ENVIRONMENTAL
PO BOX 8498
ST. LOUIS, MO 63195-2092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    1,057.93

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.78**    Nonpriority creditor's name and mailing address

Richard Wood
6771 Branch Dr
Rex, GA 30273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    Unknown

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.79**    Nonpriority creditor's name and mailing address

ROCK TENN
14079 COLLECTION CENTER DRIVE
CHICAGO, KY 40507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    Unknown

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80**    Nonpriority creditor's name and mailing address

ROUND & ROUND RECYCLING
2020 HOWELL MILL ROAD
SUITE D292
ATLANTA, TX 75284-3811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    14.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81**    Nonpriority creditor's name and mailing address

SCHNEIDER NATIONAL
2567 PAYSPHERE CIRCLE
CHICAGO, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    6,213.12

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | QRS Recycling of Georgia, LLC | | Case number *(if known)* | 16-58837(jrs) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Schnitzer Steel Industries
PO Box 414641
Boston, GA 31193-3949

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 860.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

SIEMENS
PO BOX 2715
CAROL STREAM 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 872.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

SOUTHCREST ELECTRICAL CONTROL SYSTEMS, INC
1146 Smith Rd.
Forsythe 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

STEINERT US, INC
285 SHORLAND DRIVE
WALTON, NC 28260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 1,665.11

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30097

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 1,610.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | QRS Recycling of Georgia, LLC | Case number *(if known)* | 16-58837(jrs) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** ____ Nonpriority creditor's name and mailing address

TAYLOR VENTURES
C/O ROB TAYLOR
9925 HUNTCLIFF TRACE
ATLANTA, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 28,876.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.88** ____ Nonpriority creditor's name and mailing address

Theodore Hunt
3657 Donovan Ct
Decatur, GA 30034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AN[

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.89** ____ Nonpriority creditor's name and mailing address

Tiara Finley
655 Holderness St SW
Atlanta, GA 30310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AN[

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.90** ____ Nonpriority creditor's name and mailing address

Tommie Norman
3295 Wheeler St
Hapeville, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AN[

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.91** ____ Nonpriority creditor's name and mailing address

Vanessa Tarver
655 Holderness St SW
Atlanta, GA 30310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AN[

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | QRS Recycling of Georgia, LLC | Case number *(if known)* | 16-58837(jrs) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

VMC TRANSPORTATION
4626 IRISH RED CT
UNION CITY, GA 30291

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,300.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.93** Nonpriority creditor's name and mailing address

WASTE PRO
170 COUNTY LANDFILL RD
PALATKA, FL 32177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,354.40

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.94** Nonpriority creditor's name and mailing address

WASTE PRO - OCALA
3621 NW 10TH ST
OCALA, FL 34474

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,046.80

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.95** Nonpriority creditor's name and mailing address

WESTROCK CP, LLC
14079 COLLECTION CENTER
CHICAGO, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,966.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.96** Nonpriority creditor's name and mailing address

WIGGINS SCALE COMPANY
3800 CAMP CREEK PKWY
BLDG 2600, SUITE 102
ATLANTA, GA 30331

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 394.14

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

| Debtor | QRS Recycling of Georgia, LLC | Case number *(if known)* | 16-58837(jrs) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** Nonpriority creditor's name and mailing address

WILSON, HULL & NEAL
REAL ESTATE, LLC
1600 NORTHSIDE DR, NW, STE 100
ATLANTA, GA 30318-3297

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,172.80

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.98** Nonpriority creditor's name and mailing address

WMRA- Orlando Orange Co. MRF
PO Box 73356
Chicago, IL 60673-7356

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,489.39

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.99** Nonpriority creditor's name and mailing address

YANCEY BROS. CO.
DRAWER CS 198757
ATLANTA, GA 30384-8757

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,469.05

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3._____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3._____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

Debtor    QRS Recycling of Georgia, LLC                    Case number (if known)_16-58837(jrs)_
          _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,990,295.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,990,295.31 |

---

**Fill in this information to identify the case:**

Debtor name _QRS Recycling of Georgia, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known) _16-58837(jrs)_    Chapter _Chapter 11_

---

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | OTHER - Lessor<br>Commercial Equipment Lease | Dimension Funding, LLC<br><br>8 Hughes<br>Suite 220<br>Irvine, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | OTHER - Lessor<br>Equipment Leases | GE CAPITAL<br><br>PO Box 3083<br>CEDAR RAPIDS, IA 52406-3083 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | OTHER - Lessor<br>Trailer Lease and Service Agreement | Star Leasing Company<br><br>4200 NE Expressway<br>Doraville, GA 30340 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | OTHER - Lessor<br>Commercial Office/Warehouse Lease | Taylor Enterprises LTD<br><br>Troutman Sanders LLP<br>Bank of America Plaza<br>600 Peachtree St., Ste. 5200<br>Atlanta, KY 30308-2216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | OTHER - Lessor<br>Commerical Office/Warehouse Lease | TAYVEN. LLC<br><br>9925 Huntcliff Trace<br>Atlanta, GA 30350 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  QRS Recycling of Georgia, LLC                                    Case number (if known) 16-58837(jrs)
_____                                    _____
        Name

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest | OTHER - Seller<br><br>Installment Sale Contract | Yancey Bros. Co.<br><br>330 Lee Industrial Blvd.<br>Austell, GA 30168 |

2.6
State what the contract or
lease is for and the nature
of the debtor's interest

OTHER - Seller

Installment Sale Contract

Yancey Bros. Co.

330 Lee Industrial Blvd.
Austell, GA 30168

State the term remaining

List the contract number of
any government contract

---

2.___
State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

---

2.___
State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

---

2.___
State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

---

2.___
State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

---

2.___
State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

---

2.___
State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

**Fill in this information to identify the case:**

Debtor name  QRS Recycling of Georgia, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):    16-58837(jrs)

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | Column 2: Creditor | |
| --- | --- | --- |
| **Name And Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  QRS Direct, LLC<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO 63119 | The Privatebank and Trust Company | ☒ D<br>☐ E/F<br>☐ G |
| 2.2  QRS Export, Inc.<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO 63119 | The Privatebank and Trust Company | ☒ D<br>☐ E/F<br>☐ G |
| 2.3  QRS Holding Company<br>2451 Crittenden Dr.<br>Louisville, KY 40217 | The Privatebank and Trust Company | ☒ D<br>☐ E/F<br>☐ G |
| 2.4  Re-Poly, LLC<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO 63119 | The Privatebank and Trust Company | ☒ D<br>☐ E/F<br>☐ G |
| 2.5  Rhino Ventures, LLC<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO 63119 | The Privatebank and Trust Company | ☒ D<br>☐ E/F<br>☐ G |
| 2.6  QRS, Inc.<br>2451 Crittenden Dr.<br>Louisville, KY 40217 | The Privatebank and Trust Company | ☒ D<br>☐ E/F<br>☐ G |

Schedule H: Codebtors

Debtor _____    Case number *(if known)*_____
     Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|
| **Name and Mailing Address** | **Name** | *Check all schedules that apply:* |
| ☐ Please see attached - List of Co-Obligors | | ☐ D<br>☐ E/F<br>☐ G |
| ☐ | | ☐ D<br>☐ E/F<br>☐ G |
| ☐ | | ☐ D<br>☐ E/F<br>☐ G |
| ☐ | | ☐ D<br>☐ E/F<br>☐ G |
| ☐ | | ☐ D<br>☐ E/F<br>☐ G |
| ☐ | | ☐ D<br>☐ E/F<br>☐ G |
| ☐ | | ☐ D<br>☐ E/F<br>☐ G |
| ☐ | | ☐ D<br>☐ E/F<br>☐ G |

**QRS Recycling of Georgia, LLC Co-Obligors**

| Co-Obligor | Creditor |
|---|---|
| Gregory L. Janson<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO  63119 | The Private Bank and Trust Company |
| Jennifer Janson<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO  63119 | The Private Bank and Trust Company |
| David Bellon<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO  63119 | The Private Bank and Trust Company |
| Susan Bellon<br>345 Marshall Avenue<br>Suite 301<br>St. Louis, MO  63119 | The Private Bank and Trust Company |
| Matthew Janson<br>2451 Crittenden Dr.<br>Louisville, KY  40217 | The Private Bank and Trust Company |
| Mimi Janson<br>2451 Crittenden Dr.<br>Louisville, KY  40217 | The Private Bank and Trust Company |
| QRS, Inc.<br>2451 Crittenden Dr.<br>Louisville, KY  40217 | Taylor Ventures |

**Fill in this information to identify the case and this filing:**

Debtor Name  QRS Recycling of Georgia, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (if known):  16-58837 (jrs)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ *Amended Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  6/17/2016
MM / DD / YYYY

X  /s/ Gregory L. Janson
Signature of individual signing on behalf of debtor

/s/ Gregory L. Janson
Printed name

Member
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors